# ELECTRONIC RECORD

**211-15**

COA #   11-13-00009-CR                    OFFENSE:  DWI

**STYLE:**

**Jason Dax Creek v.**
**The State of Texas**                    COUNTY:  Midland

COA DISPOSITION:     AFFIRMED            TRIAL COURT:  142nd District Court

DATE: 1/22/15                Publish: NO   TC CASE #:   CR39111

## IN THE COURT OF CRIMINAL APPEALS

**STYLE:**

**Jason Dax Creek v.**
**The State of Texas**            CCA #:  **PD-0211-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:       _____

_____REFUSED_____                         JUDGE:      _____

DATE: __04/22/2015__                      SIGNED: _____        PC: _____

JUDGE: _____                 PUBLISH: _____       DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD